IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FEB 13 2025

FILED

| | |
|---|---|
| BENJAMIN NASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 324-066 |
| ) | |
| ANDREW MCFARLANE, Warden; JIMMY ) | |
| KELLOM; SGT. MOORE; CERT OFFICER ) | |
| GARNER; and OFC. CASTRO, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all official capacity claims for monetary damages against Defendant McFarlane. The case shall proceed against Defendants Moore, Castro, Kellom, Garner, and McFarlane as described in the Magistrate Judge's January 15, 2025 Order. (Doc. no. 8.)

SO ORDERED this 13th day of February, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE