IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BENJAMIN NASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-066 |
| | ) | |
| ANDREW MCFARLANE, Warden; JIMMY KELLOM; SGT. MOORE; CERT OFFICER GARNER; and OFC. CASTRO, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** without prejudice Defendant Ofc. Castro, and all of Plaintiff's claims against him, for failure to timely effect service. This case shall proceed as set forth by the Clerk's April 30, 2025 scheduling notice setting case deadlines. (Doc. no. 23.)

SO ORDERED this ____ day of August, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE